```
                          United States Bankruptcy Court
                           Middle District of Florida
In re:                                                      Case No. 11-10803-KRM
Mary Goza Booher                                            Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 113A-8      User: frensj         Page 1 of 1         Date Rcvd: Jun 27, 2011
                          Form ID: 8odsmcs     Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2011.
```
db          +Mary Goza Booher,    150 Belleview Blvd #403,    Belleair, FL 33756-1976
cr           BAC Home Loans Servicing, L.P.,    P.O. Box 25018,    Tampa, FL  33622-5018
20501288     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
20525319     Pinellas County Tax Collector,    P O Box 10834,    Clearwater, FL 33757-8834
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**                       **Signature:**      _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                         Case No. 8:11−bk−10803−KRM
                                               Chapter 7

Mary Goza Booher
150 Belleview Blvd #403
Belleair, FL 33756

_____Debtor*_____/

ORDER DISMISSING CASE

    THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The Court considered the record and finds the debtor filed a Voluntary Petition under Chapter 7 on June 3, 2011 . At the time of filing, the clerk noted deficiencies to the petition, schedules, and/or statements. The clerk gave notice of the deficiencies to the debtor and provided an opportunity for the debtor to cure the deficiencies. The Court further finds that the debtor has failed to cure the deficiencies in a timely manner. Failure to cure the deficiencies constitutes grounds for dismissal of this case pursuant to Section 707(a) of the Bankruptcy Code. Accordingly, it is

    ORDERED:

    1. That this bankruptcy case is hereby dismissed without prejudice.

    2. All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause that may be presently scheduled in this case.

    3. The Debtor(s) shall immediately pay to the Clerk of Court all fees due and owing pursuant to 28 U.S.C. 1930.

    4. The Chapter 7 Trustee is discharged from any further duties.

BY THE COURT

Dated:  June 27, 2011

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.